**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: DENISE A. NUCCIO                                       Case Number: 08-70171
3302 W. 3RD AVENUE               SSN-xxx-xx-2962
MCHENRY, IL  60050

                                                                Case filed on:      1/23/2008
                                                                Plan Confirmed on:    4/4/2008
                        C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,300.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 3,035.70 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,035.70 | 0.00 |
| 999 | DENISE A. NUCCIO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | US BANK NA | 30,879.72 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,879.72 | 0.00 | 0.00 | 0.00 |
| 002 | A R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CALVARY PORTFOLIO SERVICES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 4,735.29 | 4,735.29 | 0.00 | 0.00 |
| 006 | ROBIN ADAMS | 548.50 | 548.50 | 0.00 | 0.00 |
| 007 | KANKAKEE CTY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | REMAX REALTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SYSCO FOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,283.79 | 5,283.79 | 0.00 | 0.00 |
|  | Grand Total: | 39,663.51 | 8,783.79 | 3,035.70 | 0.00 |

Total Paid Claimant:      $3,035.70
Trustee Allowance:        $264.30          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan